R # 286699

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-10685-BKC-AJC
ORDONEL A. CRESPO
ARELYS E. CRESPO
                                        JUL 26 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   12.95  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $   .00  remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUL 2 3 2010

                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

ORDONEL A. CRESPO
ARELYS E. CRESPO
P.O. BOX 527948
MIAMI, FL 33152-7948

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


 IN RE:                              CASE NO.   05-10685-BKC-AJC
 ORDONEL A. CRESPO
 ARELYS E. CRESPO

                                     CHAPTER 13


 ORDONEL A. CRESPC                   ---------$         12.95
 ARELYS E. CRESPO
 P.O. BOX 527948
 MIAMI, FL 33152-7948


 MARY REYES, ESQ.
 782 NW 42 AVE
 SUITE 447
 MIAMI, FL 33126

 U.S. Trustee
 51 S.W. 1st Avenue
 Miami, Florida 33130
```